

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00883-CR

Darius **DUKES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-12-041
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED AS MODIFIED, and counsel's motion to withdraw is GRANTED.

SIGNED October 21, 2015.

_____
Rebeca C. Martinez, Justice